# DISMISSAL of COMPLAINT or REMOVAL PROCEEDINGS
### United States District Court
### Southern District of New York

Mag. Dkt. No. **19-MJ-9378**  
USAO No. **2019R00480**

Date **9/4/20**

The Government respectfully requests the Court to dismiss without prejudice the

✓ Complaint     ☐ Removal Proceedings in

United States v. **YVETTE NEGRON**

The Complaint/Rule 40 Affidavit was filed on **October 7, 2019**

✓ U.S. Marshals please withdraw warrant

**ALEXANDER LI**  
Digitally signed by ALEXANDER LI  
Date: 2020.09.04 12:48:17 -04'00'

ASSISTANT UNITED STATES ATTORNEY  
(handwritten or digital signature)

(print name if signature handwritten)

**SO ORDERED:**  
DATE: **9/8/2020**

*[signature]*

UNITED STATES MAGISTRATE JUDGE

---

Distribution:  Court; U.S. Marshals; Pretrial Services; AUSA                                       2020.07.13